189 F.Supp.2d 512 (2002)
John Robert SMITH, Shirley Hall, and Gene Walker Plaintiffs
v.
Eric CLARK, Secretary of State of Mississippi; Mike Moore, Attorney General for the State of Mississippi; Ronnie Musgrove, Governor of Mississippi; Mississippi Republican Executive Committee; and Mississippi Democratic Executive Committee Defendants.
No. CIV.A. 301CV-855WS.
United States District Court, S.D. Mississippi, Jackson Division.
February 4, 2002.
Arthur F. Jernigan, Jr., Watson & Jernigan, P.A., Jackson, for Plaintiffs.
T. Hunt Cole, Jr., Office of the Attorney General, Michael B. Wallace, Phelps Dunbar, John G. Jones, Jones & Funderburg, Herbert Lee, Jr., Lee & Associates, Robert B. McDuff, Robert B. McDuff, Attorney, Jackson, MS, for Defendants.
E. GRADY JOLLY, Circuit Judge, and HENRY T. WINGATE and DAVID C. BRAMLETTE, III, District Judges.

ORDER
E. GRADY JOLLY, Circuit Judge.
Attached hereto is this court's congressional redistricting plan for the State of Mississippi, along with an analysis thereof. This court proposes to implement this plan absent the timely preclearance of the redistricting plan adopted by the State Chancery Court, which is now pending for preclearance before the United States Attorney General.
The parties are hereby directed to show cause by written objections, why this court's redistricting plan, if implemented, would not satisfy all state and federal statutory and constitutional requirements; and to make any other critical comments and suggestions with respect to the plan that the parties deem appropriate. Said objections, comments and suggestions must be filed with the Clerk of the United States District Court for the Southern District of Mississippi no later than 4:00 p.m. on Friday, February 9. Failure to object in accordance with this order will be deemed a waiver of all further objections to this plan.
*513 
*514 
*515 Population Summary Report

Monday February 4, 2002 7:54 AM
----------------------------------------------------------------------------------
DISTRICT POPULATION DEVIATION % DEVN. [18+_Pop] [18+_Blk] [% 18+_Blk]
----------------------------------------------------------------------------------
1 711,160 - 5 0.00 521,745 124,207 23.81%
2 711,164 - 1 0.00 501,887 297,121 59.20%
3 711,164 - 1 0.00 523,593 158,994 30.37%
4 711,170 5 0.00 522,246 104,937 20.09%
==================================================================================
Total Population: 2,844,658
Ideal District Population: 711,165
Summary
Population Range: 711,160 to 711,170
Ratio Range: 1.00
Absolute Range: - 5 to 5
Absolute Overall Range: 10.00
Relative Range: 0.00% to 0.00%
Relative Overall Range: 0.00%
Absolute Mean Deviation: 3.00
Relative Mean Deviation: 0.00%
Standard Deviation: 4.12
Political Subdivisions Split Between Districts
Monday February 4, 2002 7:50 AM
----------------------------------------------------------------------------------
Number of subdivisions not split:
County 74
Number of subdivisions split into more than one district:
County 8
Number of subdivision splits which affect no population:
County 0
----------------------------------------------------------------------------------
 Split Counts
County
Cases where a County is split among 2 Districts: 8
Number of times a County has been split into more than one district: 8
Total of County splits: 16
-----------------------------------------------------------------------
County District Population
-----------------------------------------------------------------------
Split Counties:
Hinds 2 218,968
Hinds 3 31,832
Jasper 3 7,212
Jasper 4 10,937
Jones 3 2,235
Jones 4 62,723
Leake 2 11,361
Leake 3 9,579
Madison 2 27,631

*516
Madison 3 47,043
Marion 3 9,742
Marion 4 15,853
Webster 1 9,544
Webster 3 750
Winston 1 134
Winston 3 20,026
-----------------------------------------------------------------------

Plan Components Report
Monday, February 4, 2002 8:02 AM

----------------------------------------------------------------------------------
 Population [18+_Pop] [18+_Blk]
District 1
 Alcorn County 34,558 26,310 2,645
 Benton County 8,026 5,867 1,942
 Calhoun County 15,069 11,270 2,892
 Chickasaw County 19,440 13,874 5,196
 Choctaw County 9,758 7,044 1,934
 Clay County 21,979 15,643 8,129
 DeSoto County 107,199 77,005 8,063
 Grenada County 23,263 16,945 6,385
 Itawamba County 22,770 17,257 1,065
 Lafayette County 38,744 31,170 6,908
 Lee County 75,755 54,793 11,904
 Lowndes County 61,586 43,963 16,500
 Marshall County 34,993 25,695 12,185
 Monroe County 38,014 27,673 7,757
 Panola County 34,274 24,193 10,518
 Pontotoc County 26,726 19,351 2,527
 Prentiss County 25,556 19,170 2,330
 Tate County 25,370 18,502 5,385
 Tippah County 20,826 15,620 2,297
 Tishomingo County 19,163 14,724 465
 Union County 25,362 18,783 2,554
 Webster County
 VTD: Bellefontaine 550 413 44

*517
 Population [18+_Pop] [18+_Blk]
District 1
 VTD: Big Black 420 301 5
 VTD: Bluff Springs 287 210 96
 VTD: Cadaretta 227 191 22
 VTD: Clarkson 673 492 38
 VTD: Cumberland 505 359 65
 VTD: Eupora 1 1,440 1,011 517
 VTD: Eupora 2 701 537 73
 VTD: Eupora 3 881 672 115
 VTD: Fame 489 372 8
 VTD: Fay 219 166 12
 VTD: Grady 409 310 40
 VTD: Mantee 572 454 39
 VTD: Mathiston 897 656 79
 VTD: North Walthall 263 190 7
 VTD: South Walthall 302 228 44
 VTD: Tomnolen 709 517 63
 ______________________________________
Webster County Subtotal 9,544 7,079 1,267
 Winston County
 VTD: Gum Branch 134 103 12
 ______________________________________
Winston County Subtotal 134 103 12
 Yalobusha County 13,051 9,711 3,347
 ______________________________________
District 1 Subtotal 711,160 521,745 124,207
District 2
 Attala County 19,661 14,562 5,321
 Bolivar County 40,633 28,587 17,107
 Carroll County 10,769 8,134 2,788
 Claiborne County 11,831 8,724 7,145
 Coahoma County 30,622 20,514 13,183
 Copiah County 28,757 21,014 9,939
 Hinds County
 VTD: 1 297 251 143
 VTD: 10 731 546 526
 VTD: 11 984 745 698
 VTD: 12 1,062 764 758
 VTD: 13 1,309 955 942
 VTD: 15 488 410 67
 VTD: 16 2,132 1,530 1,115
 VTD: 18 1,227 899 858
 VTD: 19 1,148 854 845
 VTD: 2 940 710 695
 VTD: 20 1,880 1,237 1,213
 VTD: 21 1,022 637 573
 VTD: 22 2,605 1,817 1,770
 VTD: 23 2,484 1,680 1,672
 VTD: 24 2,382 1,345 1,195
 VTD: 25 2,463 1,511 1,394
 VTD: 26 1,328 844 709
 VTD: 27 1,931 1,512 1,492

*518
 Population [18+_Pop] [18+_Blk]
District 2
 VTD: 28 2,053 1,630 1,612
 VTD: 29 1,037 804 799
 VTD: 30 1,426 995 984
 VTD: 31 1,939 1,452 1,438
 VTD: 38 1,442 1,007 562
 VTD: 39 1,695 1,154 1,061
 VTD: 4 1,121 743 732
 VTD: 40 2,391 1,752 1,683
 VTD: 41 2,818 2,004 1,965
 VTD: 42 3,156 2,319 1,791
 VTD: 43 4,359 2,968 2,350
 VTD: 47 3,107 2,444 2,015
 VTD: 5 1,995 1,702 725
 VTD: 50 968 706 648
 VTD: 51 1,013 677 662
 VTD: 52 2,319 1,598 1,536
 VTD: 53 585 391 374
 VTD: 54 1,149 887 742
 VTD: 55 1,848 1,226 1,127
 VTD: 56 1,027 610 586
 VTD: 57 1,436 940 910
 VTD: 58 2,025 1,477 1,428
 VTD: 59 3,079 1,797 1,730
 VTD: 6 2,314 1,751 936
 VTD: 60 987 597 545
 VTD: 61 2,406 1,524 1,429
 VTD: 62 2,545 1,631 1,430
 VTD: 63 1,062 772 763
 VTD: 64 1,101 821 800
 VTD: 66 231 160 158
 VTD: 67 2,186 1,408 1,191
 VTD: 68 4,122 2,842 1,767
 VTD: 69 2,083 1,340 841
 VTD: 70 1,230 774 388
 VTD: 71 2,069 1,391 698
 VTD: 72 2,477 1,506 865
 VTD: 73 1,887 1,367 570
 VTD: 74 1,597 1,099 406
 VTD: 75 1,430 943 423
 VTD: 76 2,526 1,891 474
 VTD: 77 2,601 1,798 596
 VTD: 80 3,625 2,332 2,135
 VTD: 81 2,131 1,614 1,477
 VTD: 82 2,252 1,564 1,495
 VTD: 83 4,481 3,123 2,854
 VTD: 84 420 326 295
 VTD: 85 3,943 2,759 2,733
 VTD: 86 2,615 1,506 1,407
 VTD: 87 2,095 1,381 957
 VTD: 88 2,927 2,091 1,614
 VTD: 89 2,114 1,433 902
 VTD: 90 1,666 1,213 494
 VTD: 91 3,212 2,090 1,643
 VTD: 92 3,598 2,481 1,106
 VTD: 93 1,845 1,293 773
 VTD: 94 3,657 2,442 1,830
 VTD: 95 910 657 179
 VTD: 96 2,828 2,143 713

*519
 Population [18+_Pop] [18+_Blk]
District 2
 VTD: 97 659 486 109
 VTD: Bolton 1,894 1,406 938
 VTD: Brownsville 754 556 315
 VTD: Byram 1 4,541 3,264 471
 VTD: Byram 2 2,063 1,567 168
 VTD: Cayuga 491 375 218
 VTD: Chapel Hill 1,378 980 454
 VTD: Clinton 1 4,406 3,713 543
 VTD: Clinton 2 5,301 3,717 558
 VTD: Clinton 3 4,439 3,352 740
 VTD: Clinton 4 2,201 1,602 192
 VTD: Clinton 5 1,590 1,231 57
 VTD: Clinton 6 3,697 2,710 714
 VTD: Cynthia 1,005 714 516
 VTD: Dry Grove 1,076 798 221
 VTD: Edwards 3,715 2,552 1,893
 VTD: Jackson State 1,658 1,596 1,579
 VTD: Learned 924 661 308
 VTD: Old Byram 2,930 2,183 201
 VTD: Pinehaven 2,749 1,932 823
 VTD: Pocahontas 620 483 310
 VTD: Raymond 1 3,346 2,237 911
 VTD: Raymond 2 4,264 3,595 1,316
 VTD: Spring Ridge 4,297 3,046 1,070
 VTD: St. Thomas 560 390 374
 VTD: Terry 5,242 3,958 1,442
 VTD: Tinnin 901 611 143
 VTD: Utica 1 1,297 953 388
 VTD: Utica 2 1,396 965 732
 _________________________________________
Hinds County Subtotal 218,968 155,226 98,716
 Holmes County 21,609 14,670 10,899
 Humphreys County 11,206 7,541 5,052
 Issaquena County 2,274 1,645 962
 Jefferson County 9,740 6,937 5,851
 Leake County
 VTD: Conway 961 684 434
 VTD: East Carthage 1,645 1,270 178
 VTD: North Carthage 2,035 1,396 324
 VTD: Ofahoma 660 463 372
 VTD: Singleton 1,495 1,104 243
 VTD: South Carthage 1,380 1,174 590
 VTD: Thomastown 860 642 323
 VTD: West Carthage 1,506 974 664
 VTD: Wiggins 819 586 408
 _________________________________________
Leake County Subtotal 11,361 8,293 3,536
 Leflore County 37,947 26,667 16,855
 Madison County
 VTD: Bible Church 964 509 493
 VTD: Camden 1,714 1,119 920
 VTD: Cameron 120 96 47

*520
 Population [18+_Pop] [18+_Blk]
District 2
 VTD: Canton Pct. 7 707 519 459
 VTD: Canton Precinct 1 2,644 1,824 1,187
 VTD: Canton Precinct 2 2,511 1,886 795
 VTD: Canton Precinct 3 603 413 260
 VTD: Canton Precinct 4 3,332 2,263 1,820
 VTD: Canton Precinct 5 1,732 1,082 1,070
 VTD: Couparle 49 41 33
 VTD: Gluckstadt 3,432 2,519 336
 VTD: Liberty 2,118 1,426 1,262
 VTD: Luther Branson School 1,207 800 655
 VTD: Mad. Co. Bap. Fam. Lf.Ct. 2,013 1,188 1,185
 VTD: Magnolia Heights 1,916 1,308 1,006
 VTD: New Industrial Park 577 378 315
 VTD: Sharon 855 553 455
 VTD: Tougaloo 605 584 581
 VTD: Virlilia 532 369 173
 ______________________________________
Madison County Subtotal 27,631 18,877 13,052
 Montgomery County 12,189 8,925 3,611
 Quitman County 10,117 6,880 4,375
 Sharkey County 6,580 4,409 2,833
 Sunflower County 34,369 24,775 16,387
 Tallahatchie County 14,903 10,427 5,666
 Tunica County 9,227 6,324 4,062
 Warren County 49,644 35,476 14,147
 Washington County 62,977 43,144 25,780
 Yazoo County 28,149 20,136 9,854
 ______________________________________
District 2 Subtotal 711,164 501,887 297,121
District 3
 Adams County 34,340 25,149 12,301
 Amite County 13,599 10,068 3,967
 Covington County 19,407 13,813 4,347
 Franklin County 8,448 6,142 1,979
 Hinds County
 VTD: 14 1,672 1,476 201
 VTD: 17 853 694 40
 VTD: 32 1,362 1,038 61
 VTD: 33 1,252 934 16
 VTD: 34 2,184 1,700 10
 VTD: 35 2,401 1,773 160
 VTD: 36 1,739 1,383 436
 VTD: 37 1,636 1,306 420
 VTD: 44 3,002 2,290 463
 VTD: 45 2,789 2,281 76

*521
 Population [18+_Pop] [18+_Blk]
District 3
 VTD: 46 2,367 1,875 262
 VTD: 78 4,337 3,674 433
 VTD: 79 2,990 2,289 867
 VTD: 8 1,412 1,211 143
 VTD: 9 1,836 1,585 74
 ___________________________________________
Hinds County Subtotal 31,832 25,509 3,662
 Jasper County
 VTD: Bay Springs Beat 3 1,721 1,287 524
 VTD: Bay Springs Beat 4 2,170 1,513 865
 VTD: Garlandsville 105 81 43
 VTD: Holders Church 1,366 1,003 546
 VTD: Louin 1,234 862 424
 VTD: Montrose 616 451 235
 ___________________________________________
Jasper County Subtotal 7,212 5,197 2,637
 Jefferson Davis County 13,962 9,998 5,269
 Jones County
 VTD: Bruce 530 428 14
 VTD: Centerville 504 375 2
 VTD: Hebron 1,201 838 541
 ___________________________________________
Jones County Subtotal 2,235 1,641 557
 Kemper County 10,453 7,795 4,231
 Lauderdale County 78,161 57,370 19,661
 Lawrence County 13,258 9,635 2,859
 Leake County
 VTD: Ebenezer 956 687 374
 VTD: Edinburg 946 714 4
 VTD: Freeny 1,368 958 86
 VTD: Good Hope 1,044 776 197
 VTD: Lena 861 625 325
 VTD: Madden 996 741 87
 VTD: Renfroe 608 465 60
 VTD: Salem 758 569 65
 VTD: Sunrise 669 507 22
 VTD: Walnut Grove 1,373 973 540
 ___________________________________________
Leake County Subtotal 9,579 7,015 1,760
 Lincoln County 33,166 24,324 6,716
 Madison County
 VTD: Bear Creek 2,461 1,749 500
 VTD: Flora 1,756 1,301 349
 VTD: Highland Colony Bap. Ch. 2,137 1,440 294
 VTD: Lorman-Cavalier 1,531 1,148 409
 VTD: Madison 1 1,651 1,149 19
 VTD: Madison 2 3,585 2,582 63
 VTD: Madison 3 3,853 2,658 173
 VTD: Madisonville 427 323 81
 VTD: Main Harbor 1,953 1,574 51
 VTD: Ratliff Ferry 1,075 795 410
 VTD: Ridgeland 1 3,565 2,836 503

*522
 Population [18+_Pop] [18+_Blk]
District 3
 VTD: Ridgeland 3 3,990 3,138 1,027
 VTD: Ridgeland 4 2,571 2,221 468
 VTD: Ridgeland First Meth. Ch. 2,941 1,964 529
 VTD: Ridgeland Tennis Center 5,472 4,050 307
 VTD: Smith School 499 380 39
 VTD: Trace Harbor 1,820 1,277 34
 VTD: Victory Baptist Church 3,788 2,449 69
 VTD: Whispering Lake 1,968 1,383 128
 ___________________________________________
Madison County Subtotal 47,043 34,417 5,453
 Marion County
 VTD: Broom 831 590 202
 VTD: Carley 1,389 1,016 128
 VTD: Cedar Grove 820 573 167
 VTD: Darbun 447 347 47
 VTD: Foxworth 1,691 1,187 347
 VTD: Goss 837 614 101
 VTD: Kokomo 985 718 191
 VTD: Morgantown 777 581 8
 VTD: Pittman 919 669 7
 VTD: Stovall 907 607 253
 VTD: White Bluff 139 96 2
 ___________________________________________
Marion County Subtotal 9,742 6,998 1,453
 Neshoba County 28,684 20,583 3,609
 Newton County 21,838 16,126 4,495
 Noxubee County 12,548 8,697 5,751
 Oktibbeha County 42,902 33,877 11,179
 Pike County 38,940 28,154 12,331
 Rankin County 115,327 85,452 13,901
 Scott County 28,423 20,293 7,220
 Simpson County 27,639 19,920 6,110
 Smith County 16,182 11,731 2,354
 Walthall County 15,156 10,853 4,242
 Webster County
 VTD: Maben 750 528 138
 ___________________________________________
Webster County Subtotal 750 528 138
 Wilkinson County 10,312 7,648 4,992
 Winston County
 VTD: American Legion 1,989 1,338 1,061
 VTD: Bethany 242 186 21
 VTD: Betheden-Loakfoma 363 278 87
 VTD: Bond 915 673 164
 VTD: Calvary 339 258 80
 VTD: County Agent 1,792 1,188 941

*523
 Population [18+_Pop] [18+_Blk]
District 3
 VTD: Crystal Ridge 385 287 65
 VTD: Dean Park 404 269 239
 VTD: E.M.E.P.A. 1,357 1,007 266
 VTD: Elementary School 834 610 285
 VTD: Ellison Ridge 436 343 73
 VTD: Fairground 2,044 1,583 579
 VTD: Ford School 429 334 46
 VTD: Hinze 69 52 1
 VTD: Liberty 594 413 238
 VTD: Lobutcha 292 206 96
 VTD: Louisville Electric 224 158 40
 VTD: Louisville High School 429 305 68
 VTD: Lovorn Tractor 297 244 16
 VTD: Mars Hill 343 262 43
 VTD: Nanih Waiya 1,378 1,005 169
 VTD: Nanih Waiya-Handle 573 410 86
 VTD: New Hope 271 222 13
 VTD: Noxapater 1,618 1,200 344
 VTD: Old National Guard Armory 904 750 59
 VTD: Sinai 369 276 147
 VTD: Vowell 263 201 99
 VTD: Zion Ridge 873 602 494
 ___________________________________________
Winston County Subtotal 20,026 14,660 5,820
 ___________________________________________
District 3 Subtotal 711,164 523,593 158,994
District 4
 Clarke County 17,955 13,147 4,185
 Forrest County 72,604 54,801 16,378
 George County 19,144 13,560 1,076
 Greene County 13,299 10,088 2,768
 Hancock County 42,967 32,163 1,975
 Harrison County 189,601 140,213 26,665
 Jackson County 131,420 95,072 17,952
 Jasper County
 VTD: Antioch 614 456 48
 VTD: Claiborne 617 449 213
 VTD: Cooks Mill 770 527 468
 VTD: Fellowship 234 181 54
 VTD: Heidelberg 2,265 1,573 1,158
 VTD: Midway 525 375 213
 VTD: Mossville 1,452 1,058 235
 VTD: Palestine 189 141 91
 VTD: Philadelphia 578 425 297
 VTD: Ras 147 113 61
 VTD: Rose Hill 941 708 275
 VTD: Stringer 1,660 1,266 74
 VTD: Vossburg 945 608 543
 ___________________________________________
Jasper County Subtotal 10,937 7,880 3,730

*524
 Population [18+_Pop] [18+_Blk]
District 4
 Jones County
 VTD: Anthonys Florist 927 582 414
 VTD: Antioch (28067310) 596 472 0
 VTD: Blackwell 135 93 3
 VTD: Calhoun 3,275 2,525 43
 VTD: Cameron Center 709 515 131
 VTD: Cooks Ave. Comm. Ctr. 878 626 608
 VTD: County Barn 1,861 1,498 317
 VTD: Currie 270 185 169
 VTD: Ellisville Court House 1,507 1,216 254
 VTD: Erata 642 485 233
 VTD: Gitano 447 335 84
 VTD: Glade School 1,932 1,480 24
 VTD: Johnson 1,001 706 4
 VTD: Lamar School 1,768 1,292 356
 VTD: Landrum Comm. Ctr. 740 570 1
 VTD: Laurel Courthouse 1,771 1,291 352
 VTD: Maple Street YWCA 472 329 302
 VTD: Mason School 2,078 1,668 39
 VTD: Matthews 867 627 61
 VTD: Moselle 1,820 1,351 185
 VTD: Myrick 1,832 1,359 8
 VTD: National Guard Armory 2,353 1,606 1,151
 VTD: Nora Davis School 1,790 1,293 1,145
 VTD: Oak Park School 1,805 1,109 1,078
 VTD: Old Health Dept. 499 307 268
 VTD: Ovett 1,301 954 12
 VTD: Pendorf 646 493 14
 VTD: Pinegrove 1,510 1,168 84
 VTD: Pleasant Ridge 892 694 5
 VTD: Powers Comm. Ctr. 1,595 1,158 233
 VTD: Rainey 1,567 1,174 1
 VTD: Roosevelt 601 427 323
 VTD: Rustin 1,144 853 0
 VTD: Sandersville Civic Center 1,390 1,044 92
 VTD: Sandhill 924 716 1
 VTD: Shady Grove 4,332 3,150 572
 VTD: Sharon 3,508 2,604 375
 VTD: Shelton 1,130 854 180
 VTD: Soso 1,600 1,175 502
 VTD: South Jones 1,357 1,047 191
 VTD: Stainton 1,882 1,445 458
 VTD: Tuckers 1,683 1,262 33
 VTD: Twenty-Sixth St. Fire Stn 803 655 76
 VTD: Union 1,216 902 28
 VTD: West Jones 1,667 1,262 240
 ___________________________________________
Jones County Subtotal 62,723 46,557 10,650
 Lamar County 39,070 28,134 3,241
 Marion County
 VTD: Balls Mill 1,071 806 169
 VTD: City Hall Beat 3 828 598 205
 VTD: Courthouse Beat 4 1,324 1,018 123
 VTD: East Columbia 2,107 1,390 988
 VTD: Hub 919 662 324
 VTD: Jefferson Middle School 688 437 420

*525
 Population [18+_Pop] [18+_Blk]
District 4
 VTD: Morris 1,545 1,129 308
 VTD: National Guard Beat 1 2,666 1,866 116
 VTD: Pinebur 956 691 166
 VTD: Popetown Beat 2 1,914 1,434 301
 VTD: Sandy Hook 535 408 108
 VTD: South Columbia 860 713 569
 VTD: Union (28091103) 440 329 12
 ___________________________________________
Marion County Subtotal 15,853 11,481 3,809
 Pearl River County 48,621 35,515 3,927
 Perry County 12,138 8,655 1,692
 Stone County 13,622 9,966 1,777
 Wayne County 21,216 15,014 5,112
 ___________________________________________
District 4 Subtotal 711,170 522,246 104,937
__________________________________________________________________________________
State totals 2,844,658 2,069,471 685,259

ANALYSIS OF FACTORS CONSIDERED

Population Equality
The United States Constitution requires a good-faith effort to ensure, as nearly as is practicable, that a State's congressional districts contain equal population. This court has made every effort to achieve absolute population equality without splitting voting precincts. The population deviation range is from +5 people in District 4 to -5 people in District 1. The effort to achieve population equality among the districts explains in significant part why some counties must be split.

Majority-Minority District
The Voting Rights Act requires that one congressional district be maintained in the State with an appropriate majority of black voting age residents. This district is represented on the map as District 2. Based on the figures from the 2000 Census, District 2 under the currently existing five-district plan has a black voting age population of 61%. Any significant variation in that percentageup or downconstitutes retrogression of the voting rights of black residents of District 2 under § 5 of the Voting Rights Act. Under this court's redistricting plan, the black voting age population in District 2 is 59.20%. The effort to maintain the appropriate majority of black voting age citizens in District 2 further explains why some counties must be split.

Compactness
The court has attempted to achieve, as nearly as possible, four compact districts. The ability to create compact districts is limited by the distribution of population. Sparsely populated districts necessarily will be less compact than heavily populated districts as a result of the population equality principle. Furthermore, a more compact plan cannot be drawn for two reasons: First, it would not be possible to prevent retrogression in District 2; and, secondly, it would be a barrier to including as much as possible of the currently existing districts 3 and 4 in the new District 3.

County and Municipal Boundaries
The plan splits eight counties: Hinds, Jasper, Jones, Leake, Madison, Marion, Webster, and Winston. We note that eleven counties are split under the currently existing five-district congressional plan adopted by the Mississippi Legislature in *526 1992. We attach a copy of that currently existing plan for reference.
In this court's plan today, Jasper and Marion Counties are split as part of the effort to maintain as much of currently existing district 4 in new District 3 as is feasible, subject to the constraints of population equality. Furthermore, Jasper County is split in a particular way to avoid splitting the town of Bay Springs. Hinds, Leake, and Madison Counties are split as part of the effort to prevent retrogression in District 2, as well as to help achieve population equality. Jones County is split so as not to remove the incumbent from his district and also to help achieve population equality. Webster County is split to avoid dividing the town of Maben, which lies partially in Oktibbeha County and partially in Webster County, among two districts. Winston County is split to help achieve population equality. The only municipality that is split is the City of Jackson. Mayor Johnson testified in Chancery Court that he preferred that the City be represented by two congressmen. In sum, the county splits are necessitated by: the population equality requirement; preservation of the majority-minority district at an appropriate percentage; preservation of the cores of currently existing districts 3 and 4; and avoiding having incumbents districted out of their residences.

Historical and Regional Interests
The plan preserves as much as possible, given the constraints of population equality and § 5 of the Voting Rights Act, the cores of the Mississippi River/Delta region, East Central Mississippi, Southwest Mississippi, North Mississippi, and the Gulf Coast region.

Universities and Military Bases
The plan is drawn to assure that the 4 major research universities are also in separate districts. The military bases located in Lowndes, Lauderdale, and Harrison Counties are also in separate districts under this court's plan.

Growth Areas
The plan is drawn to provide that each district has at least one major growth area. District 1 contains DeSoto and Lee Counties, as under the currently existing five-district plan. District 2 contains the Nissan Plant/Gluckstadt area of Madison County, as it does under the currently existing five-district plan, and the Byram and Clinton areas of Hinds County, which are in district 4 under the currently existing five-district plan. District 3 contains southern Madison County and Rankin County. District 4 contains the Gulf Coast area.

Combination of Currently Existing Districts 3 and 4
In drawing District 3, consideration was given to including as much of the currently existing districts 3 and 4 in the new combined District 3 as possible. The new District 3 contains all or part of 14 counties from each of the currently existing districts 3 and 4, respectively.
The new District 3 includes the portion of Jones County which contains the incumbent's residence. It includes all or part of 14 of the 19 counties that comprise currently existing district 3: Jasper, Jones, Kemper, Lauderdale, Leake, Madison, Neshoba, Newton, Noxubee, Oktibbeha, Rankin, Scott, Smith, and Winston; however, it is necessary to eliminate: the portions of Attala County and Wayne County that are in currently existing district 3 for concerns of retrogression and population equality, respectively; and all of Clarke, Clay, and Lowndes Counties, primarily because of population equality.
The new District 3 includes all of Jefferson Davis County, which contains the residence of the incumbent for currently existing district 4. It includes all or part of 14 of the 15 counties that comprise currently *527 existing district 4: Adams, Amite, Covington, Franklin, Hinds, Jefferson Davis, Jones, Lawrence, Lincoln, Marion, Pike, Simpson, Walthall, and Wilkinson; however, it is necessary to eliminate Copiah County for reasons of population equality with District 2 and to prevent retrogression of voting rights of black residents of District 2.

Protection of Incumbent Residences
No incumbent would be required to move in order to run in the district in which he resides.

Distance of Travel Within District
As is expected to occur when the number of districts is reduced from five to four, the distances of travel within the districts are increased. The distance of travel within District 1 is approximately the same size as under the plan submitted by the plaintiffs, and is substantially less than it is under the plan submitted by the intervenors. The new District 2 is slightly larger than currently existing district 2, but this is unavoidable in the light of the population deficit in currently existing district 2, which grew more slowly than any other district in the State. The distance of travel within new District 3 is dictated by the effort to combine currently existing districts 3 and 4, as well as by the effort to keep the four major research universities in separate districts. The distance of travel in new District 4 is slightly greater than it is in currently existing district 5. This is necessitated by the effort to include in District 3 as much of currently existing district 4 as is feasible. The distance of travel within new District 4 is substantially less than that within district 4 in the plan submitted by the plaintiffs.

SUMMARY
In sum, the court has attempted to apply all appropriate neutral factors that are recognized by the United States Supreme Court and federal redistricting courts. As noted, these factors include, first, the constitutional demand for population equality among the districts, and secondly, the Voting Rights Act requirement that one equally populated district be drawn to include a majority of black residents of voting age. While respecting county, city and precinct lines and compactness of each district, the court sought to give appropriate value to the following factors: that District 3 should include as much as possible of the currently existing districts 3 and 4; that growth areas, research universities and military bases should be placed in separate districts if otherwise practicable; that historical and regional interests should be respected; that no incumbent should be required to move; and that travel distances within the districts be as minimal as possible, consistent with the other requirements. When all feasible adjustments were made for these factors, further adjustments were necessary to satisfy one person-one vote requirements, and retrogression concerns.
*528